PD-1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/30/2015 1:17:53 PM
Accepted 9/30/2015 1:57:55 PM
ABEL ACOSTA
CLERK

**Cause No. PD-1396-14**

## IN THE TEXAS COURT OF CRIMINAL APPEALS

| | |
|---|---|
| **JON THOMAS FORD,** | § **FROM THE FOURTH COURT OF** |
| **Petitioner,** | § **APPEALS, SAN ANTONIO, TEXAS** |
| | § **No. 04-12-00317-CR** |
| **vs.** | § |
| | § [On Appeal from Cause No. |
| **THE STATE OF TEXAS,** | § 2010-CR-7741 in the 186th Dist. Court, |
| **Respondent.** | § Bexar County, San Antonio, Texas] |

### PETITIONER'S RESPONSE TO THE
### STATE'S MOTION TO END POST-SUBMISSION FILINGS

NOW COMES the Petitioner, JON THOMAS FORD, who by and through undersigned counsel files his response to the State's motion asking that this Honorable Court "close post-submission filings in this case." In support of same, Petitioner will show as follows:

Either party, the Petitioner or the Respondent, may bring additional special intervening authority to the Court's attention that supports their argument, and also serves as an aid to the Court.

As the State mentions in its motion, Rule 70.4 "does not mention post-submission filings, for which there is apparently no provision." However, the Internal Operating Procedures of the Court of Criminal Appeals (Revised February 10, 2015) state:

1

| PROCEDURE | WHAT AND HOW TO FILE | HOW HANDLED | COURT'S PARTICULAR PRACTICES | SPECIAL NOTES |
|---|---|---|---|---|
| **Oral Argument** | … | … | … | Additional citations should not be made orally during argument, but should be reduced to writing and filed with the Clerk. |

Therefore, the Petitioner may file post-submission briefs/letters with this additional authority.

The State also mentions within the motion that "The Court may note that the attachment to Appellant's most recent filing, showing supposed service on me, does not include dates for that service." See page 2 of the State's Motion to End Post-Submission Filings. Rule 21a(1) of the Texas Rule of Civil Procedure states:

> "(1) Documents Filed Electronically. A document filed electronically under Rule 21 must be served electronically through the electronic filing manager if the email address of the party or attorney to be served is on file with the electronic filing manager. If the email address of the party or attorney to be served is not on file with the electronic filing manager, the document may be served on that party or attorney under subparagraph (2)."

The State's representative, Assistant District Attorney Jay Brandon's email is on file and service is made through the www.eFileTexas.gov electronic filing system. The accepted date stamp on the document, August 8, 2015, should be an indication that the document was filed in the case.

Petitioner has only submitted post-submission briefs/letters that include additional special intervening authority when it is appropriate.

Respectfully Submitted:

____/s/Cynthia E. Orr_____
Cynthia E. Orr
Bar No. 15313350

GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile
whitecollarlaw@gmail.com

Attorney for Petitioner,
JON THOMAS FORD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Motion has been sent *via* E-file.Texas.gov, as a registered participant, to jay.brandon@bexar.org, on this the 30th day of September, 2015 to the following:

Nicolas LaHood
District Attorney
Jay Brandon
Assistant District Attorney
Paul Elizondo Tower
101 West Nueva, Fourth Floor
San Antonio, Texas 78205
E-mail: jay.brandon@bexar.org,

____/s/Cynthia E. Orr_____
Cynthia E. Orr

3